THE PEOPLE ex rel. DENNIS HOGAN, and DENNIS HOGAN, Plaintiffs, v. CORNELIUS FLYNN, Defendant.

*1872, chap. 438 — clerks and assistant clerks of District Courts — how appointed — tenure of office of.*

Exceptions ordered to be heard in the first instance at the General Term. A verdict in this case was directed for plaintiff, and the entry of judgment thereon suspended.

The act of 1872 (chap. 438), by section 1, provides that there shall be a clerk and an assistant clerk in each of the District Courts of the city of New York, who shall be appointed by the justices of said courts, and that they shall hold office and perform the same duties and possess the same powers as now prescribed by law.

It also provides that they shall receive the same salary, and that it shall be paid by the comptroller.

The General Term *held*, that, under the statute, the clerk and assistant were to be appointed by each justice of each of the courts, and that the legislature did not intend to confer upon a number of justices combined, the right to interfere with or control in any way the selection of the officers of the court in which each presided — officers strictly local and whose duties were limited to the court for which they were appointed (1 Edm., 71; 3 R. S. [5th ed.], 1106; Sedg. on Stat., 219, and cases cited); and that such office was held during the pleasure of the authority making the appointment.

(1 R. S. [Edm. ed.], 107.) As to the tenure of the office of clerk, the decision of the General Term in *The People ex rel. Dolan* v. *Lane* was overruled. (This case on appeal is reported in 55 N. Y., 219.)

*Roscoe H. Channing,* for the plaintiffs.

*Wheeler H. Peckham,* for the defendant.

Opinion by BRADY, J.

DAVIS, P. J., dissented.

DANIELS, J., concurred.

Motion for new trial granted, costs to abide event.